No. 88–1742. ADAMS ET AL. *v.* AVCO CORP. ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded

for further consideration in light of *Firestone Tire & Rubber Co.* v. *Bruch,* 489 U. S. 101 (1989).